UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:75CV2656-FDW-DSC

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

THE WACHOVIA CORPORATION and
AMERICAN CREDIT CORPORATION,

    Defendants.

## ORDER TERMINATING FINAL JUDGMENT

  THIS MATTER is before the Court on Plaintiff's Motion to Set Aside Judgment (Doc. No. 2). The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in this case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

  **ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion (Doc. No. 2) is GRANTED, and the final judgment is hereby terminated.**

  **IT IS SO ORDERED.**

Signed: December 17, 2018

_____
Frank D. Whitney
Chief United States District Judge